## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

T.P.B.,                        :    No. 122 MM 2018

            Petitioner       :

           v.                 :

PENNSYLVANIA STATE POLICE,   :
MEGAN'S LAW SECTION,         :

           Respondent     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of October, 2018, the Application for King's Bench Relief is DENIED.